# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SUSAN ALFREDA CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-083 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commission of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court reversed and remanded plaintiff's social security appeal to the agency for further consideration pursuant to sentence four of 42 U.S.C. § 405(g), and judgment was entered in plaintiff's favor. Docs. 20, 22 & 23. Pursuant to the Equal Access to Justice Act ("EAJA"), plaintiff requests $3,096 in attorney's fees for 38.7 hours of work at the prevailing EAJA rate. Doc. 25. The Commissioner does not oppose the request. Doc. 24.

After reviewing the documentation plaintiff's counsel submitted to support her fee request, and given the Commissioner's agreement that such fee is reasonable, the Court **GRANTS** plaintiff's motion for EAJA fees in the amount of $3,096. Doc. 17.

**SO ORDERED,** this  23rd  day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA